AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| KEN LIEM, <br><br> *Plaintiff(s)* <br> v. <br> CHONG HING BANK LIMITED; DBS BANK (HONG KONG) LIMITED; FUBON BANK LIMITED; RICHOU TRADE LIMITED; FFQI TRADE LIMITED; XIBING LIMITED; and WEIDEL LIMITED <br> *Defendant(s)* | Civil Action No. 8:24-cv-02819-JVS (KESx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHONG HING BANK LIMITED
Chong Hing Bank Centre
24 Des Voeux Rd. Central
Hong Kong SAR
People's Republic of China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keren E. Gesund
680 South Cache Street, Suite 100, PO Box 12200
Jackson, WY 83001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/2/2025

*Signature of Clerk or Deputy Clerk*
Carmen Lujan

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| KEN LIEM,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CHONG HING BANK LIMITED; DBS BANK (HONG KONG) LIMITED; FUBON BANK LIMITED; RICHOU TRADE LIMITED; FFQI TRADE LIMITED; XIBING LIMITED; and WEIDEL LIMITED<br><br>*Defendant(s)* | Civil Action No. 8:24-cv-02819-JVS (KESx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  DBS BANK (HONG KONG) LIMITED
300 South Grand Avenue, Suite 3075
Los Angeles, California 90071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Keren E. Gesund
> 680 South Cache Street, Suite 100, PO Box 12200
> Jackson, WY 83001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| KEN LIEM, <br><br> *Plaintiff(s)* <br> v. <br> CHONG HING BANK LIMITED; DBS BANK (HONG KONG) LIMITED; FUBON BANK LIMITED; RICHOU TRADE LIMITED; FFQI TRADE LIMITED; XIBING LIMITED; and WEIDEL LIMITED <br> *Defendant(s)* | Civil Action No. 8:24-cv-02819-JVS (KESx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FUBON BANK LIMITED
Fubon Bank Building
38 Des Voeux Road, Central
Hong Kong SAR
People's Republic of China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keren E. Gesund
680 South Cache Street, Suite 100, PO Box 12200
Jackson, WY 83001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Carmen Lujan*

Date: 1/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| KEN LIEM,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CHONG HING BANK LIMITED; DBS BANK (HONG KONG) LIMITED; FUBON BANK LIMITED; RICHOU TRADE LIMITED; FFQI TRADE LIMITED; XIBING LIMITED; and WEIDEL LIMITED<br><br>*Defendant(s)* | Civil Action No. 8:24-cv-02819-JVS (KESx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RICHOU TRADE LIMITED
Unit 2223, 22 F Yans Tower
35-27 Wong Chul Hang Road
Aberdeen, Hong Kong SAR
People's Republic of China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keren E. Gesund
680 South Cache Street, Suite 100, PO Box 12200
Jackson, WY 83001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/2/2025

*Carmen Lujan*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| KEN LIEM, <br><br> *Plaintiff(s)* <br> v. <br><br> CHONG HING BANK LIMITED; DBS BANK (HONG KONG) LIMITED; FUBON BANK LIMITED; RICHOU TRADE LIMITED; FFQI TRADE LIMITED; XIBING LIMITED; and WEIDEL LIMITED <br> *Defendant(s)* | Civil Action No. 8:24-cv-02819-JVS (KESx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FFQI TRADE LIMITED
RM 27 2F Block A, Ph 136
40 Tai Lin Paid Road, Kwai C
Hong Kong SAR
People's Republic of China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keren E. Gesund
680 South Cache Street, Suite 100, PO Box 12200
Jackson, WY 83001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| KEN LIEM, <br><br> *Plaintiff(s)* <br> v. <br> CHONG HING BANK LIMITED; DBS BANK (HONG KONG) LIMITED; FUBON BANK LIMITED; RICHOU TRADE LIMITED; FFQI TRADE LIMITED; XIBING LIMITED; and WEIDEL LIMITED <br> *Defendant(s)* | Civil Action No. 8:24-cv-02819-JVS (KESx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  XIBING LIMITED
Room 22, A Block 10 F Manning Ind. Building
116 118 How Ming Street
Kwun Tong Kowloon
Hong Kong SAR
People's Republic of China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keren E. Gesund
680 South Cache Street, Suite 100, PO Box 12200
Jackson, WY 83001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Carmen Lujan*

Date: 1/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| KEN LIEM,<br><br>*Plaintiff(s)*<br>v.<br>CHONG HING BANK LIMITED; DBS BANK (HONG KONG) LIMITED; FUBON BANK LIMITED; RICHOU TRADE LIMITED; FFQI TRADE LIMITED; XIBING LIMITED; and WEIDEL LIMITED<br>*Defendant(s)* | Civil Action No. 8:24-cv-02819-JVS (KESx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WEIDEL LIMITED
Room 5003, Floor 5, Yau Lee Centre
45 Hoi Yuen Road, Kwun Tong
Hong Kong SAR
People's Republic of China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keren E. Gesund
680 South Cache Street, Suite 100, PO Box 12200
Jackson, WY 83001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/2/2025

*Signature of Clerk or Deputy Clerk*