AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| KEN LIEM, <br><br> *Plaintiff(s)* <br> v. <br> CHONG HING BANK LIMITED; DBS BANK (HONG KONG) LIMITED; FUBON BANK LIMITED; RICHOU TRADE LIMITED; FFQI TRADE LIMITED; XIBING LIMITED; and WEIDEL LIMITED <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 8:24-cv-02819-JVS (KESx) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHONG HING BANK LIMITED
Chong Hing Bank Centre
24 Des Voeux Rd. Central
Hong Kong SAR
People's Republic of China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Keren E. Gesund
> 680 South Cache Street, Suite 100, PO Box 12200
> Jackson, WY 83001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/2/2025

*Carmen Lujan*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-02819

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Chong Hing Bank Limited

was received by me on *(date)*  01/03/2025 .

☑ I personally served the summons on the individual at *(place)*  24 Des Voeux Road Central, Hong Kong
on *(date)*  01/10/2025  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/24/2025

*Server's signature*

Pun Kwong Fu, Process Server
*Printed name and title*

Room 602, 6/F, Kai Yue Commercial Building
No.2C Argyle Street
Mongkok, Kowloon, Hong Kong
*Server's address*

Additional information regarding attempted service, etc:

See Attachment A.

# ATTACHMENT A

## 6   Chong Hing Bank Limited

### 6.1   Chong Hong Bank Centre, 24 Des Voeux Road Central, Hong Kong.

At 1312 hrs on Friday 10th January 2025, Mr FU arrived at the Chong Hing Bank at 24 Des Voeux Road Central, Hong Kong.  He had in his possession a brown envelope addressed to the Chong Hing Bank at the address above.



*Main entrance to the Chong Hing Bank Centre*

Having entered the bank building, Mr FU approached a member of the security staff in the ground floor atrium.  He was advised to take the documents to 11/F of the building where mail was dealt with.  Mr FU then went to the 11/F and found that it was indeed the Mailing Centre for Chong Hing Bank.

*Process Serve – 6 Process Serves in Hong Kong*



*Notice board showing the Mailing Centre on 11/F*

## 6.1.1  CHONG HING BANK SERVED

Mr FU then spoke with one of the male staff members present and was asked what was in the envelope. Mr FU explained that it contained legal documents to be served on the Ching Hong Bank. The male took the envelope from Mr FU and said he would pass it to the relevant department.



*Bank staff member holdings the envelope containing the documents for service*

*Process Serve – 6 Process Serves in Hong Kong*

Mr FU had with him an additional copy of the first page of the Complaint, and he asked the male if he would kindly chop it with the Chong Hing Bank chop as proof of receipt. The male agreed and chopped[1] it accordingly:



The chop reads: "CHBANK[MPLD] '25JAN10 $^{PM}$01:10"

Having served the documents, Mr FU then left the Chong Hing Bank Centre and went to the nearby Fubon Bank Building.

---

[1] The page was fed into a dot-matrix printer.