AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| KEN LIEM,<br><br>*Plaintiff(s)*<br>v.<br>CHONG HING BANK LIMITED; DBS BANK (HONG KONG) LIMITED; FUBON BANK LIMITED; RICHOU TRADE LIMITED; FFQI TRADE LIMITED; XIBING LIMITED; and WEIDEL LIMITED<br>*Defendant(s)* | Civil Action No. 8:24-cv-02819-JVS (KESx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DBS BANK (HONG KONG) LIMITED
300 South Grand Avenue, Suite 3075
Los Angeles, California 90071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Keren E. Gesund
> 680 South Cache Street, Suite 100, PO Box 12200
> Jackson, WY 83001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/2/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-02819

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DBS (Hong Kong) Limited
was received by me on *(date)* 01/24/2025.

☑ I personally served the summons on the individual at *(place)* G/F, The Center, 99 Queen's Road Central, Central, Hong Kong on *(date)* 01/27/2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01/30/2025

*Server's signature*

Pun Kwong Fu, Process Server
*Printed name and title*

Room 602, 6/F, Kai Yue Commercial Building
No.2C Argyle Street
Mongkok, Kowloon, Hong Kong
*Server's address*

Additional information regarding attempted service, etc:

See Attachment A.

# ATTACHMENT A

*Process Serve – Process Serve – DBS Bank in Hong Kong*

## 2  1st Attempt – DBS Bank (Hong Kong) Limited

### 2.1  The Centre, 99 Queen's Road Central

Mr FU went to the given address of DBS Bank (Hong Kong) Limited, arriving at about 1022 hrs on Monday 27th January 2025.

3

*Process Serve – Process Serve – DBS Bank in Hong Kong*



*Entrance to DBS Bank (Hong Kong) Limited at The Centre, Hong Kong*

Mr FU approached a counter and explained that he had important documents for DBS Bank (Hong Kong) Limited. The staff member advised him that the documents needed to be taken to the Mailing Centre.



*The window to the right is the Mailing Centre*

Mr FU approached the window at the Mailing Centre and spoke with a woman inside.

*Process Serve – Process Serve – DBS Bank in Hong Kong*



*Staff member inside the Mailing Centre*

## 2.2  DBS Bank (Hong Kong) Limited - Served

She asked for the envelope.  Mr FU handed the envelope to the lady.  She opened the envelope and looked through the bundle of papers.




*Staff member receiving the documents for service*          *Staff member returning the chopped page*

*Process Serve – Process Serve – DBS Bank in Hong Kong*

Mr FU produced a duplicate copy of the first page of the documents for service and asked the lady if she would place a company chop on it as a form of receipt. The lady agreed and took the paper from Mr FU and applied the company chop to it (see photos above and below).



*DBS Bank (Hong Kong) Limited company chop attached as a receipt*

The lady then explained to Mr FU that she would take the papers to the relevant department for its further action.

Mr FU thanked the lady and then left.

***The END***