**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**
Keren E. Gesund (SBN 253242)
680 South Cache Street, Suite 100, PO Box 12200
Jackson, WY 83001
Tel: (307) 264-0385
Email: keren@rcornishlaw.com

*Attorneys for Plaintiff Ken Liem*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN LIEM,<br><br>     Plaintiff,<br><br>v.<br><br>CHONG HING BANK LIMITED; DBS BANK (HONG KONG) LIMITED; FUBON BANK LIMITED; RICHOU TRADE LIMITED; FFQI TRADE LIMITED; XIBING LIMITED; AND WEIDEL LIMITED,<br><br>     Defendants. | Case No. 8:24-cv-02819-JVS-KES<br><br>**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS CHONG HING BANK LIMITED; DBS BANK (HONG KONG) LIMITED; FUBON BANK LIMITED; RICHOU TRADE LIMITED; FFQI TRADE LIMITED; XIBING LIMITED; AND WEIDEL LIMITED** |

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Ken Liem ("Plaintiff") hereby requests that the Clerk of the Court enter default against Defendants Chong Hing Bank Limited; DBS Bank (Hong Kong) Limited; Fubon Bank Limited; Richou Trade Limited; FFQI Trade Limited; Xibing Limited; and Weidel Limited (collectively, "Defendants"), on the ground that Defendants have failed to appear or otherwise respond to Plaintiff's Summons and Complaint within the time prescribed by Federal Rule of Civil Procedure 12(a)(1)(A)(i). Plaintiff's

request is based on the following facts and the Declaration of Keren E. Gesund ("Gesund Decl."), filed concurrently herewith.

### CHONG HING BANK LIMITED

On January 10, 2025, a true and correct copy of the *Summons in a Civil Action*, *Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to Judge Selna* were served upon Defendant Chong Hing Bank Limited ("Chong Hing Bank"). *See* ECF No. 14; Gesund Decl. at ¶ 3. Chong Hing Bank was required to file an answer or responsive pleading in this action on or before January 31, 2025. To date, however, Chong Hing Bank has failed to file any responsive pleading or otherwise appear in this action, and Chong Hing Bank has not requested any extension of time to respond. Therefore, Plaintiff hereby requests that the Clerk enter default against Chong Hing Bank.

### DBS BANK (HONG KONG) LIMITED

On January 27, 2025, a true and correct copy of the *Summons in a Civil Action*, *Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to Judge Selna* were served upon Defendant DBS Bank (Hong Kong) Limited ("DBS Bank"). *See* ECF No. 20; Gesund Decl. at ¶ 4. DBS Bank was required to file an answer or responsive pleading in this action on or before February 18, 2025. On February 17, 2025, DBS Bank contacted Plaintiff to discuss the appropriateness of hand delivery service on DBS Bank in Hong Kong. Gesund Decl. at ¶ 5. The same day, Plaintiff provided case law showing hand-delivering service is appropriate. *Id*. at ¶ 6. DBS Bank has failed to file any responsive pleading or otherwise appear in this action to quash service. Therefore, Plaintiff hereby requests that the Clerk enter default against DBS Bank.

### FUBON BANK LIMITED

On January 10, 2025, a true and correct copy of the *Summons in a Civil Action*,

*Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to Judge Selna* were served upon Defendant Fubon Bank Limited ("Fubon Bank"). *See* ECF No. 15; Gesund Decl. at ¶ 8. Fubon Bank was required to file an answer or responsive pleading in this action on or before January 31, 2025. To date, however, Fubon Bank has failed to file any responsive pleading or otherwise appear in this action, and Fubon Bank has not requested any extension of time to respond. Therefore, Plaintiff hereby requests that the Clerk enter default against Fubon Bank.

## RICHOU TRADE LIMITED

On January 14, 2025, a true and correct copy of the *Summons in a Civil Action*, *Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to Judge Selna* were served upon Defendant Richou Trade Limited ("Richou"). *See* ECF No. 16; Gesund Decl. at ¶ 9. Richou was required to file an answer or responsive pleading in this action on or before February 4, 2025. To date, however, Richou has failed to file any responsive pleading or otherwise appear in this action, and Richou has not requested any extension of time to respond. Therefore, Plaintiff hereby requests that the Clerk enter default against Richou.

## FFQI TRADE LIMITED

On January 15, 2025, a true and correct copy of the *Summons in a Civil Action*, *Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to Judge Selna* were served upon Defendant FFQI Trade Limited ("FFQI"). *See* ECF No. 17; Gesund Decl. at ¶ 10.  FFQI was required to file an answer or responsive pleading in this action on or before February 5, 2025. To date, however, FFQI has failed to file any responsive pleading or otherwise appear in this action, and FFQI has not requested any extension of time to respond. Therefore, Plaintiff hereby requests that the Clerk enter default against FFQI.

## XIBING LIMITED

On January 15, 2025, a true and correct copy of the *Summons in a Civil Action*, *Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to Judge Selna* were served upon Defendant Xibing Limited ("Xibing"). *See* ECF No. 18. Xibing was required to file an answer or responsive pleading in this action on or before February 5, 2025; Gesund Decl. at ¶ 11. To date, however, Xibing has failed to file any responsive pleading or otherwise appear in this action, and Xibing has not requested any extension of time to respond. Therefore, Plaintiff hereby requests that the Clerk enter default against Xibing.

## WEIDEL LIMITED

On January 16, 2025, a true and correct copy of the *Summons in a Civil Action*, *Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to Judge Selna* were served upon Defendant Weidel Limited ("Weidel"). *See* ECF No. 19. Weidel was required to file an answer or responsive pleading in this action on or before February 6, 2025; Gesund Decl. at ¶ 12. To date, however, Weidel has failed to file any responsive pleading or otherwise appear in this action, and Weidel has not requested any extension of time to respond. Therefore, Plaintiff hereby requests that the Clerk enter default against Weidel.

Dated: March 18, 2025

Respectfully Submitted,
**LAW OFFICES OF ROBERT V. CORNISH, JR., P.C.**

*/s/ Keren E. Gesund*
KEREN E. GESUND

*Attorneys for Plaintiff Ken Liem*