**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**
Keren E. Gesund (SBN 253242)
680 South Cache Street, Suite 100, PO Box 12200
Jackson, WY 83001
Tel: (307) 264-0385
Email: keren@rcornishlaw.com

*Attorneys for Plaintiff Ken Liem*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN LIEM,<br><br><br>       Plaintiff,<br><br>v.<br><br>CHONG HING BANK LIMITED; DBS BANK (HONG KONG) LIMITED; FUBON BANK LIMITED; RICHOU TRADE LIMITED; FFQI TRADE LIMITED; XIBING LIMITED; AND WEIDEL LIMITED,<br><br>       Defendants. | Case No. 8:24-cv-02819-JVS-KES<br><br>**DECLARATION OF KEREN E. GESUND IN SUPPORT OF PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS CHONG HING BANK LIMITED; DBS BANK (HONG KONG) LIMITED; FUBON BANK LIMITED; RICHOU TRADE LIMITED; FFQI TRADE LIMITED; XIBING LIMITED; AND WEIDEL LIMITED** |

I, Keren E. Gesund, hereby declare and state as follows:

1.    I am an attorney duly licensed to practice before this Court. I am an attorney with the Law Offices of Robert V. Cornish, Jr., PC, counsel of record for Plaintiff Ken Liem in the above-captioned matter. I have personal knowledge of the facts stated herein, and if called to do so, could and would testify competently thereto.

2.    I submit this declaration pursuant to Rule 55(a) of the Federal Rules of

Civil Procedure in support of Plaintiff's Request for Clerk's Entry of Default against Defendants Chong Hing Bank Limited; DBS Bank (Hong Kong) Limited; Fubon Bank Limited; Richou Trade Limited; FFQI Trade Limited; Xibing Limited; and Weidel Limited (collectively, "Defendants").

3.     On January 10, 2025, I caused true and correct copies of the *Summons in a Civil Action*, *Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to Judge Selna* to be served on Defendant Chong Hing Bank Limited ("Chong Hing Bank") at its main branch located at 24 Des Voeux Rd., Central, Hong Kong. *See* ECF No. 14. A true and correct copy of a printout from Chong Hing Bank's website identifying the location of its main branch is attached hereto as **Exhibit 1**.

4.     On January 27, 2025, I caused true and correct copies of the *Summons in a Civil Action*, *Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to Judge Selna* to be served on Defendant DBS Bank (Hong Kong) Limited ("DBS Bank") at its main office located at Ground Floor, The Center, 99 Queen's Road Central, Central, Hong Kong. *See* ECF No. 20. A true and correct copy of a printout from DBS Bank's website identifying the location of its head office is attached hereto as **Exhibit 2**.

5.     On February 17, 2025, counsel for DBS Bank contacted me asserting hand delivery service was not proper service. A true and correct copy of the February 17, 2025 letter is attached hereto as **Exhibit 3.**

6.     The same day I responded, providing case law supporting Plaintiff's method of service on DBS Bank. A true and correct copy of our email exchange is attached hereto as **Exhibit 4.**

7.     DBS Bank has not filed a motion to quash service.

8.     On January 10, 2025, I caused true and correct copies of the *Summons*

---

GESUND DECLARATION RE: REQUEST FOR CLERK TO ENTER DEFAULT

*in a Civil Action*, *Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to Judge Selna* to be served on Defendant Fubon Bank Limited ("Fubon Bank") at its main branch located at 38 Des Voeux Road, Central, Hong Kong. *See* ECF No. 15. A true and correct copy of a printout from Fubon Bank's website identifying the location of its main branch is attached hereto as **Exhibit 5**.

9.     On January 14, 2025, I caused true and correct copies of the *Summons in a Civil Action*, *Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to Judge Selna* to be served on Defendant Richou Trade Limited ("Richou") at its Registered Office located at Unit 2223, 22/F, Yan's Tower, 25 - 27 Wong Chuk Hang Road, Aberdeen, Hong Kong. *See* ECF No. 16. A true and correct copy of the Company Particulars showing the address of Richou's Registered Office address obtained from the Hong Kong Companies Registry is attached hereto as **Exhibit 6**.

10.     On January 15, 2025, I caused true and correct copies of the *Summons in a Civil Action*, *Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to Judge Selna* to be served on Defendant FFQI Trade Limited ("FFQI") at its Registered Office located at Rm 27, 2/F, Block A, Kwai Shing Industrial Bldg, Ph 1, 36-40 Tai Lin Pai Road, Kwai Chung, Hong Kong. *See* ECF No. 17. A true and correct copy of the Company Particulars showing the address of FFQI's Registered Office address obtained from the Hong Kong Companies Registry is attached hereto as **Exhibit 7**.

11.     On January 15, 2025, I caused true and correct copies of the *Summons in a Civil Action*, *Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to Judge Selna* to be served on Defendant Xibing Limited ("Xibing") at its

Registered Office located at Room 22, A Block, 10/F, Manning Ind. Building, 116-118 How Ming Street, Kwun Tong Kowloon, Hong Kong. *See* ECF No. 18. A true and correct copy of the Company Particulars showing the address of Xibing's Registered Office address obtained from the Hong Kong Companies Registry is attached hereto as **Exhibit 8**.

12.     On January 16, 2025, I caused true and correct copies of the *Summons in a Civil Action*, *Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to Judge Selna* to be served on Defendant Weidel Limited ("Weidel") at its Registered Office located at Room 1006, 10/F., Po Yip Building, 23 Hing Yip Street, Kwun Tong, Kowloon, Hong Kong. *See* ECF No. 19. A true and correct copy of the Company Particulars showing the address of Weidel's Registered Office address obtained from the Hong Kong Companies Registry is attached hereto as **Exhibit 9**.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 18th day of March, 2025 at Metairie, Louisiana.

*/s/ Keren E. Gesund*
KEREN E. GESUND

# EXHIBIT 1

創興銀行
Chong Hing Bank

**LOGON**

Branches

Hong Kong Island

Information

## Hong Kong Main Branch

| | |
|---|---|
| Address: | Chong Hing Bank Centre, 24 Des Voeux Rd. Central, HK |
| Telephone: | (852) 3768 1111 |
| Safe Deposit Box: | Yes |
| Passbook Update Machine: | Yes |
| ATM Services: | |
| Cheque Deposit Machine: | CQ |

Show in map ❯

## Western

| | |
|---|---|
| Address: | 347-349 Des Voeux Rd. West, HK |
| Telephone: | (852) 3768 6280 |
| Safe Deposit Box: | Yes |
| Passbook Update Machine: | Yes |
| ATM Services: | |

Show in map ❯

## Sheung Wan

| | |
|---|---|
| Address: | 163 Wing Lok St., Sheung Wan, HK |
| Telephone: | (852) 3768 6220 |
| Safe Deposit Box: | Yes |
| Passbook Update Machine: | Yes |
| Cheque Deposit Machine: | CQ |

Show in map ❯

## Aberdeen

| | |
|---|---|
| Address: | 166-168 Aberdeen Main Rd., Aberdeen, HK |
| Telephone: | (852) 3768 6210 |

# EXHIBIT 2



https://www.dbs.com.hk/index/default.page#vu

All Bookmarks

DBS

Hong Kong SAR ▾ 繁體中文 Login

Search..

Self-Service Banking | Branch

- Branches
- DBS Treasures
- DBS Treasures Private Client
- DBS Private Banking
- DBS Finance
- SME Banking Centres

**18** Results nearby

**Head Office**
G/F, The Center,99 Queen's Road Central,Central, Hong Kong

**Hennessy Road Branch**
427-429 Hennessy Road, Causeway Bay, Hong Kong

**Hoi Yuen Road Branch**
Unit 2, G/F, Hewlett Centre, 54 Hoi Yuen Road, Kwun Tong, Kowloon

**Kwai Chung Branch**
G/F, 1001 Kwai Chung Road, Kwai Chung, New Territories

DBS Hong Kong | Personal Banking | Wealth Management | Corporate and SME Banking | Visit Us

# EXHIBIT 3



SIDLEY AUSTIN LLP
350 S. GRAND AVENUE
LOS ANGELES, CA 90071
+1 213 896 6000
+1 213 896 6600 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 213 896 6162
ESCHWARTZ@SIDLEY.COM

February 17, 2025

**Via Email**

Keren E. Gesund
Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, PO Box 12200
Jackson, WY 83001
Tel: (307) 264-0385
Email: keren@rcornishlaw.com

   Re:  *Liem v. Chong Hing Bank Limited, et al.*, C.D. Cal. Case No. 24-cv-2819

Dear Ms. Gesund:

   I am writing on behalf of Sidley client DBS Bank (Hong Kong) Limited ("DBS Hong Kong") with respect to the Complaint and putative proof of service by hand delivery filed on or about January 30, 2025, by your client, Ken Liem, in the above-titled action.

   Mr. Liem's attempt at personal service was improper and ineffective because service on any Hong Kong entity must be done in compliance with the requirements of the Hague Convention. *See Ho v. Pinsukanjana*, No. 17-CV-06520-PJH, 2019 WL 2415456, at *3–4 (N.D. Cal. June 7, 2019) (quashing proof of service by hand delivery on Hong Kong entity because plaintiff did not comply with the Hague Convention); *CSPC Dophen Corp. v. Zhixiang Hu*, No. 217CV1895MCEDBPS, 2018 WL 6184617, at *10–11 (E.D. Cal. Nov. 27, 2018) (same). Thus, DBS Hong Kong has no obligation to appear in the case. Mr. Liem must withdraw his improper proof of service and refrain from taking any action based thereon. Any attempt to proceed against DBS Hong Kong without first serving it pursuant to the Hague Convention would be contrary to the law and in bad faith, and DBS Hong Kong reserves all rights to seek relief.

   Should Mr. Liem decide to properly serve DBS Hong Kong pursuant to the Hague Convention, DBS Hong Kong will address the fatal flaws with Mr. Liem's Complaint, including without limitation lack of personal jurisdiction or any cognizable claim. If Mr. Liem has a remedy, it is against those who allegedly deceived him, not DBS Hong Kong.

# SIDLEY

February 17, 2025
Page 2


All rights and remedies, in law and in equity, are expressly reserved.

Sincerely,

Eric Schwartz

# EXHIBIT 4



Keren Gesund <keren@rcornishlaw.com>

---

## Liem v. Chong Hing Bank Limited, et al., C.D. Cal. Case No. 24-cv-2819

**Schwartz, Eric** <eschwartz@sidley.com>                        Tue, Feb 18, 2025 at 5:58 PM
To: Keren Gesund <keren@rcornishlaw.com>
Cc: "Ruiz, Lillian" <lruiz@sidley.com>

Thanks, Keren.  I will discuss with my client and revert back.


**ERIC SCHWARTZ**


**SIDLEY AUSTIN LLP**
+1 213 896 6162
eschwartz@sidley.com

---

**From:** Keren Gesund <keren@rcornishlaw.com>
**Sent:** Tuesday, February 18, 2025 10:51 AM
**To:** Schwartz, Eric <eschwartz@sidley.com>
**Cc:** Ruiz, Lillian <lruiz@sidley.com>
**Subject:** Re: Liem v. Chong Hing Bank Limited, et al., C.D. Cal. Case No. 24-cv-2819


Thanks Eric. We can provide an extension if needed.


--

Keren E. Gesund, Esq. | Attorney | Law Offices of Robert V. Cornish, Jr. PC

NV Office: 7464 West Sahara Avenue, Las Vegas, NV 89117

LA Office: 4016 Wanda Lynn Drive, Metairie, LA 70002

Direct: (702) 300-1180 | keren@rcornishlaw.com | Fax: 504-265-9492

Licensed in: California, Nevada, Louisiana and the Northern and Eastern Districts of Texas

---

Confidentiality: This e-mail is confidential and intended only for the recipient(s) named. Unless you are a named recipient, your reading, distributing, forwarding, or copying this communication is prohibited and may violate the legal rights of others. If you received this communication in error, please call me, return the e-mail to me, and delete it from your system.


On Mon, Feb 17, 2025 at 1:10 PM Schwartz, Eric <eschwartz@sidley.com> wrote:

Hi Keren-

That is an interesting decision, but it is contrary to how federal district courts in the Ninth Circuit interpret the
Hague Convention.  The cases I cited to you are thorough, well-reasoned and clearly hold that service was not
effective here.

That said, I will go over *Whyenlee* with my client and, if authorized to do so, meet and confer with you about
our response to the complaint.   If my client authorizes a further meet and confer, would you be willing to
consider an extension to my client's putative time to respond?

I'm out of pocket for the rest of the day, but free to talk tomorrow.

Thanks.

**ERIC SCHWARTZ**

**SIDLEY AUSTIN LLP**
+1 213 896 6162
eschwartz@sidley.com

---

**From:** Keren Gesund <keren@rcornishlaw.com>
**Sent:** Monday, February 17, 2025 10:41 AM
**To:** Schwartz, Eric <eschwartz@sidley.com>
**Cc:** Ruiz, Lillian <lruiz@sidley.com>
**Subject:** Re: Liem v. Chong Hing Bank Limited, et al., C.D. Cal. Case No. 24-cv-2819

Thanks Eric. What's the issue with service? Plaintiff is permitted to use an agent to serve DBS Bank in
Hong Kong without first making a request to Hong Kong's central authority. *See* Whyenlee Industries
Ltd. v. Superior Court, 33 Cal. App. 5th 364, 370

That's what we did. See attached the proof of service.

Thanks,

Keren

--

Keren E. Gesund, Esq. | Attorney | Law Offices of Robert V. Cornish, Jr. PC

NV Office: 7464 West Sahara Avenue, Las Vegas, NV 89117

LA Office: 4016 Wanda Lynn Drive, Metairie, LA 70002

Direct: (702) 300-1180 | keren@rcornishlaw.com | Fax: 504-265-9492

Licensed in: California, Nevada, Louisiana and the Northern and Eastern Districts of Texas

Confidentiality: This e-mail is confidential and intended only for the recipient(s) named. Unless you are a named recipient, your reading, distributing, forwarding, or copying this communication is prohibited and may violate the legal rights of others. If you received this communication in error, please call me, return the e-mail to me, and delete it from your system.

On Mon, Feb 17, 2025 at 11:33 AM Schwartz, Eric <eschwartz@sidley.com> wrote:

Counsel-


Please see attached correspondence.


Thank you.


**ERIC SCHWARTZ**


**SIDLEY AUSTIN LLP**
350 S. Grand Avenue
Los Angeles, CA 90071
+1 213 896 6162
eschwartz@sidley.com
www.sidley.com



*******************************
*******************************
*******************************
**********
This e-mail is sent by a law
firm and may contain
information that is
privileged or confidential.
If you are not the intended
recipient, please delete the
e-mail and any attachments
and notify us
immediately.
*******************************
*******************************
*******************************
**********

# EXHIBIT 5



PERSONAL    CORPORATE    AMBASSADOR BANKING    GREATER BAY AREA BANKING    ETICKETING

LOGON    ⌨ Online Services    ⓘ About Us    ☎ Contact Us    ▤ Application    ◉ Service Outlets    ▯ System Maintenance Schedule    Text Size | EN | 中文



## SERVICE OUTLETS

ALL ▾

Branch
### Central Main Branch
Fubon Bank Building, 38 Des Voeux Road, Central

Branch
### Causeway Bay Branch
G/F, Shing Wah Mansion, 455-457 Hennessy Road

Branch
### North Point Branch
Shop 2, G/F, Tsing Wan Building, 334-336 King's Road

# EXHIBIT 6

**CR** **Companies Registry**
The Government of the Hong Kong Special Administrative Region

# Company Particulars

## Company Particulars Search

**System Clock:**  16-OCT-2024 15:18:25 GMT +0200

**Your Search:**  BRN = 75487681

| | |
|---|---|
| **BRN** | 75487681 |
| **Company Name** | RICHOU TRADE LIMITED<br>旺歐貿易有限公司 |
| **Company Type** | Private company limited by shares |
| **Date of Incorporation** | 06-Jul-2023 |
| **Company Active Status** | Live |
| **Remarks** | - |
| **Winding Up Mode** | - |
| **Date of Dissolution / Ceasing to Exist** | - |
| **Register of Charges** | Unavailable |
| **Important Note** | - |

## Name History

| Effective Date | Name Used |
|---|---|
| 06-Jul-2023 | RICHOU TRADE LIMITED<br>旺歐貿易有限公司 |

## Registered Office

**Registered Office:**  UNIT2223, 22/F, YAN'S TOWER, 25 - 27 WONG CHUK HANG ROAD, ABERDEEN, HONG KONG

**Effective Date:**  06-Jul-2023

## Share Capital

**Issued:**  HKD  10,000

**Paid-Up:**  HKD  10,000

Note :

1. The information of the company provided herein is taken from its Incorporation Form (Form NNC1), its Annual Return (Form NAR1) and its Return of Allotment (Form NSC1) filed with the Companies Registry, as the case may be. Other information relating to shareholding such as share transfer, reduction of share capital, repurchase of shares, share consolidation, listing, delisting, etc. is not included.

**Shareholder(s)**

**Displaying: Record 1 to 1 of 1 records.**

| No. | English Name | Chinese Name | Address | Class of Share | No. of Shares Held | Position as at (Note 1) |
|-----|--------------|--------------|---------|----------------|--------------------|--------------------------|
| 1 | - | 張猛 | 中國, 河南省平輿縣古槐街道辦事處 小劉居委會郭莊六組 | Ordinary | 10,000 | 06-Jul-2023 |

## List of Directors

**Director**

| No. | Name in English | Name in Chinese | HKID No. / BRN | Passport No. | Passport Issuing Country / Region | Director Type | Director Particulars | | All Directorships |
|-----|-----------------|-----------------|----------------|--------------|-----------------------------------|---------------|----------------------|----|-------------------|
| | | | | | | | Online View | Certified Copy | |
| 1 | - | 張猛 | - | - | - | Natural Person | | | |

## Particulars of Company Secretary

---

## Particulars of Receiver and Manager

---

## Particulars of Liquidator

---

**Please select the Order Type:**

| Order certified report | HK$152.00 plus additional handling charges for different delivery mode(*) |

Note 1: (*) Additional handling charges for different delivery mode will be shown when check out shopping cart.

**Please select if you want to perform other searches or order other products for this company:**

| Image Record (including Document Index) | GO |

# EXHIBIT 7

**CR** **Companies Registry**
The Government of the Hong Kong Special Administrative Region

# Company Particulars

## Company Particulars Search

**System Clock:**    16-OCT-2024 15:45:38 GMT +0200

**Your Search:**    BRN = 75533430

| | |
|---|---|
| **BRN** | 75533430 |
| **Company Name** | FFQI TRADE LIMITED<br>方啓貿易有限公司 |
| **Company Type** | Private company limited by shares |
| **Date of Incorporation** | 20-Jul-2023 |
| **Company Active Status** | Live |
| **Remarks** | - |
| **Winding Up Mode** | - |
| **Date of Dissolution / Ceasing to Exist** | - |
| **Register of Charges** | Unavailable |
| **Important Note** | - |

## Name History

| Effective Date | Name Used |
|---|---|
| 20-Jul-2023 | FFQI TRADE LIMITED<br>方啓貿易有限公司 |

## Registered Office

**Registered Office:**    RM 27, 2/F, BLOCK A, KWAI SHING INDUSTRIAL BLDG PH 1 36-40 TAI LIN PAI ROAD, KWAI CHUNG HONG KONG

**Effective Date:**    20-Jul-2023

## Share Capital

**Issued:**    HKD  10,000

**Paid-Up:**    HKD 10,000

## Person(s) Holding Shares

Note :

1. The information of the company provided herein is taken from its Incorporation Form (Form NNC1), its Annual Return (Form NAR1) and its Return of Allotment (Form NSC1) filed with the Companies Registry, as the case may be. Other information relating to shareholding such as share transfer, reduction of share capital, repurchase of shares, share consolidation, listing, delisting, etc. is not included.

### Shareholder(s)

**Displaying: Record 1 to 1 of 1 records.**

| No. | English Name | Chinese Name | Address | Class of Share | No. of Shares Held | Position as at (Note 1) |
|-----|------|------|------|------|------|------|
| 1 | WANG, YANPENG | 王炎鵬 | NO. 44, HOUHE VILLAGE, SHIDAO TOWNSHIP DENGFENG CITY, HENAN, PROVINCE, CHINA | Ordinary | 10,000 | 20-Jul-2023 |

## List of Directors

### Director

| No. | Name in English | Name in Chinese | HKID No. / BRN | Passport No. | Passport Issuing Country / Region | Director Type | Director Particulars | | All Directorships |
|-----|------|------|------|------|------|------|------|------|------|
| | | | | | | | Online View | Certified Copy | |
| 1 | WANG, YANPENG | 王炎鵬 | – | – | – | Natural Person | | | |

## Particulars of Company Secretary

---

## Particulars of Receiver and Manager

---

## Particulars of Liquidator

---

**Please select the Order Type:**

| Order certified report | HK$152.00 plus additional handling charges for different delivery mode(*)

Note 1: (*) Additional handling charges for different delivery mode will be shown when check out shopping cart.

**Please select if you want to perform other searches or order other products for this company:**

| Image Record (including Document Index) | | GO |

# EXHIBIT 8

**CR** **Companies Registry**
The Government of the Hong Kong Special Administrative Region

# Company Particulars

---

## Company Particulars Search

**System Clock:**    16-OCT-2024 15:56:32 GMT +0200

**Your Search:**    BRN = 75628811

| | |
|---|---|
| **BRN** | 75628811 |
| **Company Name** | Xibing Limited<br>喜兵貿易有限公司 |
| **Company Type** | Private company limited by shares |
| **Date of Incorporation** | 18-Aug-2023 |
| **Company Active Status** | Live |
| **Remarks** | - |
| **Winding Up Mode** | - |
| **Date of Dissolution / Ceasing to Exist** | - |
| **Register of Charges** | Unavailable |
| **Important Note** | - |

## Name History

| Effective Date | Name Used |
|---|---|
| 18-Aug-2023 | Xibing Limited<br>喜兵貿易有限公司 |

## Registered Office

**Registered Office:**    ROOM 22 A BLOCK 10/F MANNING IND. BUILDING 116-118 HOW MING STREET, KWUN TONG KOWLOON, HONG KONG

**Effective Date:**    18-Aug-2023

## Share Capital

**Issued:**    HKD  10,000

**Paid-Up:** HKD 10,000

## Person(s) Holding Shares

Note :

1. The information of the company provided herein is taken from its Incorporation Form (Form NNC1), its Annual Return (Form NAR1) and its Return of Allotment (Form NSC1) filed with the Companies Registry, as the case may be. Other information relating to shareholding such as share transfer, reduction of share capital, repurchase of shares, share consolidation, listing, delisting, etc. is not included.

### Shareholder(s)

**Displaying: Record 1 to 1 of 1 records.**

| No. | English Name | Chinese Name | Address | Class of Share | No. of Shares Held | Position as at (Note 1) |
|-----|-------------|-------------|---------|---------------|-------------------|------------------------|
| 1 | LEI, HUABING | 雷華兵 | 中國, 四川省儀隴縣中壩鄉長青村3組16號 | Ordinary | 10,000 | 18-Aug-2023 |

## List of Directors

### Director

| No. | Name in English | Name in Chinese | HKID No. / BRN | Passport No. | Passport Issuing Country / Region | Director Type | Director Particulars | | All Directorships |
|-----|----------------|-----------------|----------------|--------------|-----------------------------------|---------------|---------------------|---|-------------------|
| | | | | | | | Online View | Certified Copy | |
| 1 | - | 孫立華 | - | - | - | Natural Person | | | |

## Particulars of Company Secretary

---

## Particulars of Receiver and Manager

---

## Particulars of Liquidator

---

**Please select the Order Type:**

| Order certified report | HK$152.00 plus additional handling charges for different delivery mode(*) |

Note 1: (*) Additional handling charges for different delivery mode will be shown when check out shopping cart.

**Please select if you want to perform other searches or order other products for this company:**

| Image Record (including Document Index) | GO |

# EXHIBIT 9

**CR** **Companies Registry**
The Government of the Hong Kong Special Administrative Region

# Company Particulars

---

## Company Particulars Search

**System Clock:**    16-OCT-2024 16:16:28 GMT +0200

**Your Search:**    BRN = 75795230

| | |
|---|---|
| **BRN** | 75795230 |
| **Company Name** | WEIDEL LIMITED<br>威得力貿易有限公司 |
| **Company Type** | Private company limited by shares |
| **Date of Incorporation** | 12-Oct-2023 |
| **Company Active Status** | Live |
| **Remarks** | - |
| **Winding Up Mode** | - |
| **Date of Dissolution / Ceasing to Exist** | - |
| **Register of Charges** | Unavailable |
| **Important Note** | - |

## Name History

| Effective Date | Name Used |
|---|---|
| 12-Oct-2023 | WEIDEL LIMITED<br>威得力貿易有限公司 |

## Registered Office

**Registered Office:**    ROOM 1006, 10/F., PO YIP BUILDING, 23 HING YIP STREET, KWUN TONG, KOWLOON, HONG KONG

**Effective Date:**    13-Oct-2023

## Share Capital

**Issued:**    HKD  10,000

## Person(s) Holding Shares

Note :

1. The information of the company provided herein is taken from its Incorporation Form (Form NNC1), its Annual Return (Form NAR1) and its Return of Allotment (Form NSC1) filed with the Companies Registry, as the case may be. Other information relating to shareholding such as share transfer, reduction of share capital, repurchase of shares, share consolidation, listing, delisting, etc. is not included.

### Shareholder(s)

**Displaying: Record 1 to 2 of 2 records.**

| No. | English Name | Chinese Name | Address | Class of Share | No. of Shares Held | Position as at (Note 1) |
|---|---|---|---|---|---|---|
| 1 | TANG, YING | 唐瑛 | NO.25, PAI TOU GROUP, HUANGTANG VILLAGE, HUANGTANG TOWNSHIP, SHAOYANG COUNTY, HUNAN PROVINCE, CHINA | Ordinary | 9,000 | 12-Oct-2023 |
| 2 | ZHOU, XIONGLIANG | 周雄亮 | TEAM 8, CHOUXIA VILLAGE, WANSHUI XIANGCHU TOWNSHIP, LINWU, COUNTY, HUNAN PROVINCE, CHINA | Ordinary | 1,000 | 12-Oct-2023 |

## List of Directors

### Director

| No. | Name in English | Name in Chinese | HKID No. / BRN | Passport No. | Passport Issuing Country / Region | Director Type | Director Particulars | | All Directorships |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Online View | Certified Copy | |
| 1 | WANG, QIUPING | 王秋萍 | – | – | – | Natural Person | | | |

## Particulars of Company Secretary

### Particulars of Company Secretary (Body Corporate)

| **No.** | 1 |
|---|---|
| **English Name** | MAOTOM BUSINESS LIMITED |
| **Chinese Name** | 貿通商務有限公司 |
| **BRN** | 73211604 |

**Registered / Principal Office**     ROOM 5903, FLOOR 5, YAU LEE CENTRE, 45 HOI YUEN ROAD, KWUN TONG, HONG KONG

**Date of Appointment**     12-Oct-2023

**Important Note**     -

## Particulars of Receiver and Manager

---

## Particulars of Liquidator

---

**Please select the Order Type:**

| Order certified report | HK$152.00 plus additional handling charges for different delivery mode(*) |

Note 1: (*) Additional handling charges for different delivery mode will be shown when check out shopping cart.

**Please select if you want to perform other searches or order other products for this company:**

| Image Record (including Document Index) | GO |