**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**
Keren E. Gesund (SBN 253242)
680 South Cache Street, Suite 100, PO Box 12200
Jackson, WY 83001
Tel: (307) 264-0385
Email: keren@rcornishlaw.com

*Attorneys for Plaintiff Ken Liem*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN LIEM, <br><br> Plaintiff, <br><br> v. <br><br> CHONG HING BANK LIMITED; DBS BANK (HONG KONG) LIMITED; FUBON BANK LIMITED; RICHOU TRADE LIMITED; FFQI TRADE LIMITED; XIBING LIMITED; AND WEIDEL LIMITED, <br><br> Defendants. | Case No. 8:24-cv-02819-JVS-KES <br><br> **PLAINTIFF'S AMENDED REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS CHONG HING BANK LIMITED; DBS BANK (HONG KONG) LIMITED; AND FUBON BANK LIMITED** |

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Ken Liem ("Plaintiff") hereby requests that the Clerk of the Court enter default against Defendants Chong Hing Bank Limited; DBS Bank (Hong Kong) Limited; and Fubon Bank Limited (collectively, "Defendants"), on the ground that Defendants have failed to appear or otherwise respond to Plaintiff's Summons and Complaint within the time prescribed by Federal Rule of Civil Procedure 12(a)(1)(A)(i). Plaintiff's request is based on the following facts, the Amended Declaration of Keren

E. Gesund ("Gesund Amended Decl."), and the Declaration of Pun Kwong Fu ("Fu Decl."), filed concurrently herewith.

### DECLARATION OF PUN KWONG FU

Mr. Fu is employed with Veriton Asia in Hong Kong Special Administrative Region ("HKSAR") and has worked as Veriton Asia's primary process server for the past approximately five years. Fu Decl., ¶ 3. Mr. Fu has served banks, companies, and individuals with process over four hundred times. *Id.* Mr. Fu has never had his authority to serve questioned by a court or tribunal. *Id.* In HKSAR, anyone not connected with a case and at least eighteen years of age is generally regarded as being a "competent person" who may effect service of judicial documents in that case pursuant to article 10(b) of the Hague Service Convention. *Id.*, ¶ 6. Mr. Fu is thus a "competent person" who may effect service of judicial documents in this matter pursuant to article 10(b) of the Hague Service Convention. *Id.* ¶ 7.

### CHONG HING BANK LIMITED

On January 10, 2025, a true and correct copy of the *Summons in a Civil Action*, *Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to Judge Selna* were served upon Defendant Chong Hing Bank Limited ("Chong Hing Bank"). *See* ECF No. 14; Gesund Amended Decl. at ¶ 3; Fu Decl. at ¶ 9. Chong Hing Bank was required to file an answer or responsive pleading in this action on or before January 31, 2025. To date, however, Chong Hing Bank has failed to file any responsive pleading or otherwise appear in this action, and Chong Hing Bank has not requested any extension of time to respond. Therefore, Plaintiff hereby requests that the Clerk enter default against Chong Hing Bank.

### DBS BANK (HONG KONG) LIMITED

On January 27, 2025, a true and correct copy of the *Summons in a Civil Action*, *Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to*

*Judge Selna* were served upon Defendant DBS Bank (Hong Kong) Limited ("DBS Bank"). *See* ECF No. 20; Gesund Amended Decl. at ¶ 4; Fu Decl. at ¶ 11. DBS Bank was required to file an answer or responsive pleading in this action on or before February 18, 2025. On February 17, 2025, DBS Bank contacted Plaintiff to discuss the appropriateness of hand delivery service on DBS Bank in Hong Kong. Gesund Decl. at ¶ 5. The same day, Plaintiff provided case law showing hand-delivering service is appropriate. *Id*. at ¶ 6. DBS Bank has failed to file any responsive pleading or otherwise appear in this action to quash service. Therefore, Plaintiff hereby requests that the Clerk enter default against DBS Bank.

## FUBON BANK LIMITED

On January 10, 2025, a true and correct copy of the *Summons in a Civil Action*, *Complaint*, *Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge*, and *Initial Order Following Filing of Complaint Assigned to Judge Selna* were served upon Defendant Fubon Bank Limited ("Fubon Bank"). *See* ECF No. 15; Gesund Amended Decl. at ¶ 8; Fu Decl. at ¶ 10. Fubon Bank was required to file an answer or responsive pleading in this action on or before January 31, 2025. To date, however, Fubon Bank has failed to file any responsive pleading or otherwise appear in this action, and Fubon Bank has not requested any extension of time to respond. Therefore, Plaintiff hereby requests that the Clerk enter default against Fubon Bank.

Dated: July 1, 2025

Respectfully Submitted,
**LAW OFFICES OF ROBERT V. CORNISH, JR., P.C.**

*/s/ Keren E. Gesund*
KEREN E. GESUND

*Attorneys for Plaintiff Ken Liem*